UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GEORGE K. SUSICK,**

    **Petitioner,**

**v.**                      **Case No. 5:23-cv-50-TKW/MAF**

**STATE OF FLORIDA,**

    **Respondent.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 18) and Petitioner's "Argument for Appealability and Motion for Order to Show Cause" (Doc. 19), which the Court treats as Petitioner's objection to the Report and Recommendation. The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determinations that Petitioner's §2254 petition should be dismissed because it is successive and Petitioner did not get permission from the Eleventh Circuit under 28 U.S.C. §2244(b)(3)(A) to file it; that a certificate of appealability should be denied because Petitioner has not made a substantial showing of the denial of a constitutional right; and that leave to appeal in forma pauperis should be denied

under Fed. R. App. P. 24(a)(3)(A) because there is no good faith basis to appeal. Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss (Doc. 12) is **GRANTED**, and Petitioner's §2254 petition is **DISMISSED without prejudice** as an unauthorized successive petition.

3. A certificate of appealability is **DENIED**.

4. Leave to appeal in forma pauperis is **DENIED**.

5. The Clerk shall terminate all pending motions, enter judgment in accordance with this Order, and close the case file.

**DONE and ORDERED** this 23rd day of October, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**